# EXHIBIT "A"

Complaint and Summons

EXHIBIT "A"

Electronically Filed
04/08/2017 12:14:25 AM

CLERK OF THE COURT

COMP
Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

MARK FARRAR,

        Plaintiff,

vs.

PINNACLE ENTERTAINMENT, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,

        Defendants.

CASE NO.  A-17-753715-C
DEPT NO.  XX

COMPLAINT FOR DAMAGES AND OTHER RELIEF BASED UPON VIOLATION OF:

1. THE FAIR LABOR STANDARDS ACT
2. NEVADA REVISED STATUTES 608, ET SEQ.

JURY DEMAND

MARK FARRAR (hereinafter "Plaintiff", "Farrar" or "Plaintiff Farrar") alleges as follows:

### INTRODUCTION

1. This action is brought pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq. (hereinafter "FLSA") and Nevada Revised Statutes ("NRS") 608, et seq.

2. Plaintiff, is an individual and is now, and at all times mentioned in this complaint was, a resident of City of Las Vegas, County of Clark, State of Nevada.

3. Defendant PINNACLE ENTERTAINMENT, INC., a Delaware Corporation

1

(hereinafter "Defendant", "Pinnacle" or "Defendant Pinnacle") is now, and at all times mentioned in this complaint was a corporation organized and existing under the laws of the State of Nevada, with their principal place of business in the City of Las Vegas, County of Clark, State of Nevada.

4. Plaintiff does not know the true names of Defendants, DOES 1 through 20, inclusive, and they therefore are sued by such fictitious names. Plaintiff is informed and believes that each DOE Defendant is legally responsible, along with named Defendant for the wrongs complained of herein. This Complaint will be amended to more fully state allegations as to DOE Defendants, once that information is obtained.

5. Unless otherwise alleged in this Complaint, Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned each Defendant was the partner, agent, co-conspirator, and/or employee of its co-Defendants, and in doing things alleged in this Complaint, each was acting within the course and scope of any such partnership, conspiracy, agency, and/or employment.

6. The events or omissions giving rise to Plaintiff's claim occurred in this Judicial District, thus venue is proper for this District Court to hear and decide the matter.

### FIRST CAUSE OF ACTION

(For Violation of the FLSA)

7. Plaintiff Farrar incorporates the allegation set forth in paragraphs 1 through 6, inclusive, as if fully set forth herein.

8. Defendant regularly engaged in commerce and its employees handled and used goods and services which have moved in interstate commerce and thus is subjected to the provisions of the FLSA.

9. At all relevant times, Pinnacle was and is an employer within the meaning of 29 U.S.C. § 203(e)(1).

10. Plaintiff at all relevant times was an employee of Defendant, as defined by 29 U.S.C. § 203(d).

11. During the period of time that Farrar was employed by Pinnacle, Plaintiff performed

work and earned a bonus for which he was not compensated for in an amount to be proven at trial in violation of the FLSA.

12. Even though Farrar is no longer employed by Pinnacle, he was employed by Defendant in 2016, the year the bonus is payable for. Plaintiff knows of two other former employees who were paid their bonuses under similar circumstances.

13. Further Defendant's actions were with deliberate indifference to such right or were willful, entitling Plaintiff to an award of liquidated damages equal to double the amount of his actual damages pursuant 29 USC §§216(b) and 626(b).

14. Finally Plaintiff has incurred, and continues to incur, attorney's fees in the prosecution of his claims. Plaintiff therefore seeks an award of reasonable attorney's fees, in a sum according to proof at trial.

## SECOND CAUSE OF ACTION

(For Violation of NRS 608, et seq.)

15. Plaintiff Farrar incorporates the allegation set forth in paragraphs 1 through 14, inclusive, as if fully set forth herein.

16. At all relevant times, Pinnacle was and is an employer within the meaning NRS 608.011.

17. Plaintiff at all relevant times was an employee of Defendant, as defined by NRS 608.010.

18. During the period of time that Farrar was employed by Pinnacle, Plaintiff performed work and earned a bonus for which he was not compensated for in an amount to be proven at trial in violation of NRS 608.016.

19. Even though Farrar is no longer employed by Pinnacle, he was employed by Defendant in 2016, the year the bonus is payable for. Plaintiff knows of two other former employees who were paid their bonuses under similar circumstances.

20. Further NRS 608.040(1) provides that if an employer does not pay an employee all

3

the wages and compensation they are owed when they are due, the wages and compensation continue at the same rate from the day the employee was discharged until paid or for 30 days, whichever is less.

21. As set forth above, Plaintiff has not been paid his bonus for 2016 and thus is owed a penalty pursuant to 608.040(1) in an amount to be proven at trial.

22. Finally Plaintiff has also incurred, and continues to incur, attorney's fees in the prosecution of his claims. Plaintiff therefore seeks an award of reasonable attorney's fees, in a sum according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Farrar demands judgment against Defendant Pinnacle in excess of the jurisdictional minimum as follows:

1. For back pay in earnings and bonuses in an amount to be proven at time of trial pursuant to the FLSA and NRS 608.016;

2. For liquidated damages pursuant to 29 USC §§216(b) and 626(b) in an amount equal to double the amount of his actual damages;

3. For a penalty pursuant to NRS 608.040(1);

4. For attorney's fees and costs in an amount determined by the court to be reasonable;

5. For pre-judgment interest on all damages; and

6. For any other and further relief that the Court considers proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Nevada Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

DATED: 3/31/2017              LAW OFFICES OF MICHAEL P. BALABAN


BY: /s/ Michael P. Balaban
    Michael P. Balaban, Esq.
    LAW OFFICES OF MICHAEL P. BALABAN
    10726 Del Rudini Street
    Las Vegas, NV 89141

4

# DISTRICT COURT CIVIL COVER SHEET

A-17-753715-C

Clark County, Nevada         XX

Case No. _____

## I. Party Information

**Plaintiff(s) (name/address/phone):**

MARK FARRAR
4604 Linkside Drive
Las Vegas, NV 89130

**Defendant(s) (name/address/phone):**

PINNACLE ENTERTAINMENT, INC.
3980 Howard Hughes Parkway
Las Vegas, NV 89169

**Attorney (name/address/phone):**

Michael P. Balaban
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141

**Attorney (name/address/phone):**

Unknown

## II. Nature of Controversy (please select the one most applicable filing type below)

**Civil Case Filing Types**

**Real Property**

*Landlord/Tenant*
- [ ] Unlawful Detainer
- [ ] Other Landlord/Tenant

*Title to Property*
- [ ] Judicial Foreclosure
- [ ] Other Title to Property

*Other Real Property*
- [ ] Condemnation/Eminent Domain
- [ ] Other Real Property

**Negligence**
- [ ] Auto
- [ ] Premises Liability
- [ ] Other Negligence

**Malpractice**
- [ ] Medical/Dental
- [ ] Legal
- [ ] Accounting
- [ ] Other Malpractice

**Torts**

*Other Torts*
- [ ] Product Liability
- [ ] Intentional Misconduct
- [ ] Employment Tort
- [ ] Insurance Tort
- [ ] Other Tort

**Probate** (select case type and estate value)
- [ ] Summary Administration
- [ ] General Administration
- [ ] Special Administration
- [ ] Set Aside
- [ ] Trust/Conservatorship
- [ ] Other Probate

*Estate Value*
- [ ] Over $200,000
- [ ] Between $100,000 and $200,000
- [ ] Under $100,000 or Unknown
- [ ] Under $2,500

**Construction Defect & Contract**

*Construction Defect*
- [ ] Chapter 40
- [ ] Other Construction Defect

*Contract Case*
- [ ] Uniform Commercial Code
- [ ] Building and Construction
- [ ] Insurance Carrier
- [ ] Commercial Instrument
- [ ] Collection of Accounts
- [ ] Employment Contract
- [ ] Other Contract

**Judicial Review/Appeal**

*Judicial Review*
- [ ] Foreclosure Mediation Case
- [ ] Petition to Seal Records
- [ ] Mental Competency

*Nevada State Agency Appeal*
- [ ] Department of Motor Vehicle
- [ ] Worker's Compensation
- [ ] Other Nevada State Agency

*Appeal Other*
- [ ] Appeal from Lower Court
- [ ] Other Judicial Review/Appeal

**Civil Writ**

*Civil Writ*
- [ ] Writ of Habeas Corpus
- [ ] Writ of Mandamus
- [ ] Writ of Quo Warranto

- [ ] Writ of Prohibition
- [ ] Other Civil Writ

**Other Civil Filing**

*Other Civil Filing*
- [ ] Compromise of Minor's Claim
- [ ] Foreign Judgment
- [x] Other Civil Matters

*Business Court filings should be filed using the Business Court civil cover sheet.*

March 31, 2017

Date

_____
Signature of initiating party or representative

*See other side for family-related case filings.*

E-Filing Details

**Details of filing:** *Complaint for Damages and Other Relief Based Upon Violation of: 1. The Fair Labor Standards Act; 2. Nevada Revised Statutes 608, et seq.*
**Filed in Case Number:** *A-17-753715-C*

- **E-File ID:** *9270541*
- **Lead File Size:** *26014 bytes*
- **Date Filed:** *2017-04-08 00:14:25.0*
- **Case Title:** *A-17-753715-C*
- **Case Name:** *MARK FARRAR VS. PINNACLE ENTERTAINMENT, INC.*
- **Filing Title:** *Complaint for Damages and Other Relief Based Upon Violation of: 1. The Fair Labor Standards Act; 2. Nevada Revised Statutes 608, et seq.*
- **Filing Type:** *EFO*
- **Filer's Name:** *Michael P. Balaban*
- **Filer's Email:** *mbalaban@balaban-law.com*
- **Account Name:** *Law Offices of Michael P. Balaban*
- **Filing Code:** *COMJD*
- **Amount:** *$ 3.50*
- **Court Fee:** *$ 270.00*
- **Card Fee:** *$ 8.10*
- **Payment:** *10-APR-2017 06:43:40 PM: Approved $281.60 on Visa account "Law Offices of Michael P. Balaban" [****-9895]*
- **Comments:**
- **Courtesy Copies:**
- **Firm Name:** *LAW OFFICES OF MICHAEL P. BALABAN*
- **Your File Number:**
- **Status:** *Accepted - (A)*
- **Date Accepted:** *2017-04-10 15:43:42.0*
- **Review Comments:**
- **Reviewer:** *Ivonne Hernandez*
- **File Stamped Copy:** *A-17-753715-C: 9270541_COMJD_Complaint_for_Damages_and_Other_Relief_Based_Upon_Violation_of_1_The_Fair_Labor_.pdf*
- **Documents:**
  - **Cover Document:** *District Court Civil Cover Sheet.pdf*    102289 bytes
  - **Lead Document:** *Complaint for Damages and other Relief.pdf*    26014 bytes
- **Data Reference ID:**
- **Credit Card Response:** *System Response: AS0CF5A64A51 Reference:*

```
 1  SUMM
    Michael P. Balaban, State Bar No. 9370
 2  LAW OFFICES OF MICHAEL P. BALABAN
 3  10726 Del Rudini Street
    Las Vegas, NV 89141
 4  (702)586-2964
    (702)586-3023
 5
```

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| MARK FARRAR,<br><br>        Plaintiff(s),<br><br>    -vs-<br><br>PINNACLE ENTERTAINMENT, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>        Defendant(s). | CASE NO.  A753715<br>DEPT. NO.  XX |

### SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

Farrar.SUMM Civil.doc/4/12/2017

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

ROXANA GOMEZ
STEVEN D. GRIERSON
CLERK OF COURT

Submitted by:

By: _____
    Deputy Clerk            Date

APR 12 2017

Michael Balaban

Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).

2

Farrar.SUMM Civil.doc/4/12/2017

AFFIDAVIT OF SERVICE

STATE OF _____ )
                  ) ss:
COUNTY OF _____ )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received ____ copy(ies) of the Summons and Complaint, ____ on the ____ day of ____, 20____ and served the same on the ____ day of ____, 20____ by:

**(Affiant must complete the appropriate paragraph)**

1. Delivering and leaving a copy with the Defendant ____ at (state address) ____
2. Serving the Defendant ____ by personally delivering and leaving a copy with ____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) ____

[Use paragraph 3 for service upon agent, completing (a) or (b)]

3. Serving the Defendant ____ by personally delivering and leaving a copy at (state address) ____

   (a) With ____ as ____, an agent lawfully designated by statute to accept service of process;

   (b) With ____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):
   ☐ Ordinary mail
   ☐ Certified mail, return receipt requested
   ☐ Registered mail, return receipt requested

3

Farrar.SUMM Civil.doc/4/12/2017

addressed to the Defendant _____ at Defendant's last known address which is (state address) _____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this _____ day of _____, 20_____.

_____
Signature of person making service

4