Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK FARRAR,<br><br>       Plaintiff,<br>   vs.<br><br>PINNACLE ENTERTAINMENT, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | CASE NO. 2:17-cv-01235-JCM-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br>[LR 7-1]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff Mark Farrar's ("Plaintiff") response to Defendant Pinnacle Entertainment, Inc's motion to dismiss Plaintiff's complaint filed on April 8, 2017, for which the opposition is currently due by May 17, 2017, will be continued to May 31, 2017.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including responding to a another motion to dismiss and responding to a motion for summary judgment.  The parties are also

engaging in settlement discussions. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss Plaintiff's complaint.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV 89141
Attorney for Plaintiff

LITTLER MENDELSON, P.C.

/s/ Wendy Krincek, Esq.
Wendy Krincek, Esq.
Kaitlyn Burke, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Attorney for Defendants

Dated: May 16, 2017

Dated: May 16, 2017

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: May 18, 2017