Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK FARRAR,<br><br>            Plaintiff,<br>vs.<br><br>PINNACLE ENTERTAINMENT, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. 2:17-cv-01235-JCM-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br>[LR 7-1, LR IA 6-1]<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-1 that Plaintiff Mark Farrar's ("Plaintiff") response to Defendant Pinnacle Entertainment, Inc's ("Defendant") motion to dismiss Plaintiff's complaint filed on May 3, 2012 (Document 4) for which the opposition is currently due by May 31, 2017, will be continued to June 9, 2017.

Said continuance is being stipulated to because the parties are also actively engaging in settlement discussions and the parties will know shortly whether the case will be resolved or not.  One previous continuance or extension has been requested and granted as to the

1

filing of Plaintiff's response to Defendants' motion to dismiss Plaintiff's complaint.

| LAW OFFICES OF MICHAEL P. BALABAN | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Wendy Krincek, Esq. |
| Michael P. Balaban, Esq. | Wendy Krincek, Esq. |
| 10726 Del Rudini Street | Kaitlyn Burke, Esq. |
| Las Vegas, NV 89141 | 3960 Howard Hughes Parkway, Suite 300 |
| Attorney for Plaintiff | Las Vegas, NV 89169 |
| | Attorney for Defendants |
| Dated: May 30, 2017 | Dated: May 30, 2017 |

IT IS SO ORDERED:

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE

Dated: June 1, 2017