WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
PINNACLE ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK FARRAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>PINNACLE ENTERTAINMENT, INC.,<br><br>                    Defendant. | Case No. 2:17-cv-01235-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff MARK FARRAR and Defendant PINNACLE ENTERTAINMENT, INC. hereby stipulate and respectfully request an order dismissing the entire action with prejudice.  Each party shall bear its own costs and attorney's fees.

Dated:  July 13, 2016                                            Dated:  July 13, 2016

Respectfully submitted,                                       Respectfully submitted,

/s/ Michael P. Balaban                                          /s/ Kaitlyn M. Burke
MICHAEL P. BALABAN, ESQ.                            WENDY M. KRINCEK, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN     KAITLYN M. BURKE, ESQ.
                                                                                  LITTLER MENDELSON, P.C.
Attorney for Plaintiff
MARK FARRAR                                                    Attorneys for Defendant
                                                                                  PINNACLE ENTERTAINMENT, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:    July 17, 2017

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800